```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10                             ----oo0oo----
11  TOM FISHER,
                                        CASE NO. 2:05-CV-0598 WBS/KJM
12           Plaintiff,                 CASE NO. 2:05-CV-0600 WBS/JFM
13       v.
14  BUTTE COUNTY; and DOES 1
    through 20, Inclusive,
15
             Defendants.
16  _____/
                                        ORDER
17  TOM FISHER,
18           Plaintiff,
19       v.
20  BUTTE COUNTY; BUTTE COUNTY
    COURTHOUSE; SUPERIOR COURT
21  OF CALIFORNIA, COUNTY OF
    BUTTE; and DOES 1 through
22  20, Inclusive,
23           Defendants.
    _____/
24
25           The court has received the Notice and Motion to Relate
26  Cases concerning the above-captioned cases filed on June 20,
27  2005.  See Local Rule 83-123.  The court has, however, determined
28  that it is inappropriate to relate or reassign the cases at this
```

1  time, and therefore declines to do so.  This order is issued for
2  informational purposes only, and shall have no effect on the
3  status of the cases, including any previous Related (or Non-
4  Related) Case Order of this court.
5           IT IS SO ORDERED.
6  DATED: June 20, 2005

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE