```
 1  PAUL L. REIN, Esq. (SBN 43053)
    PATRICIA BARBOSA, Esq. (SBN 125865)
 2  JULIE MCLEAN, Esq. (SBN 215202)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Dr., Suite A
    Oakland, CA 94612
 4  (510) 832-5001
    Attorneys for Plaintiff:
 5  TOM FISHER

 6  STEPHEN E. HORAN, Esq. (SBN 125241)
    NATHAN W. AUSTIN, Esq. (SBN 219672)
 7  PORTER, SCOTT, WEIBERG & DELEHANT
    350 University Ave., Suite 200
 8  Sacramento, CA 95825
    (916) 929-1481
 9  (916) 927-3706 (fax)

10  Office of County Counsel, County of Butte
    Bruce S. Alpert
11  25 County Center Drive
    Oroville, CA 95965-3380
12  (530) 538-7621
    (530) 538-6891 (fax)
13  Attorneys for Defendant
    BUTTE COUNTY
14
    KATHLEEN E. FINNERTY, Esq. (SBN 157638)
15  GREENBERG TAURIG, LLP
    1201 K Street, Suite 1100
16  Sacramento, CA 95814
    (916) 442-1111
17  Attorneys for Defendant
    Superior Court of California, County of Butte
18
                    UNITED STATES DISTRICT COURT
19                  EASTERN DISTRICT OF CALIFORNIA

20  TOM FISHER,                   CASE NO. 2:05-CV-00600-WBS-KJM

21       Plaintiff,               Civil Rights
    v.
22                                STIPULATION FOR DISMISSAL
    BUTTE COUNTY; BUTTE COUNTY
23  COURTHOUSE; SUPERIOR COURT    Complaint Filed: January 24,
    OF CALIFORNIA, COUNTY OF      2005
24  BUTTE; and DOES 1 through
    20, Inclusive,                Trial Date: August 22, 2006
25       Defendants.

26
                                           /
27

28          IT IS STIPULATED by and among Plaintiff, TOM FISHER,
```

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant, BUTTE COUNTY, and Defendant, SUPERIOR COURT OF
2  CALIFORNIA, that on or about March 22, 2006, the parties
3  reached a settlement on Plaintiff TOM FISHER's injunctive
4  relief and damages claims.
5       BUTTE COUNTY agrees to undertake all of the
6  following injunctive relief at the Courthouse.  SUPERIOR COURT
7  OF CALIFORNIA agrees to maintain its policies effectuating
8  item number 6 below, The Court's Policy.
9      1.  <u>Parking Lot Serving the County Courthouse</u>:  Provide
10        two van-accessible parking spaces with signage
11        designating the accessible spaces in the parking lot
12        serving the Court facility located at the Chico
13        Branch of the Superior Court of Butte County located
14        at 655 Oleander Avenue, Chico, CA (hereinafter the
15        "Courthouse").
16     2.  <u>Paths of Travel</u>:  Provide an accessible path of
17        travel from the lot to a public entrance to the
18        Courthouse.
19     3.  <u>Restrooms</u>:  Complete a unisex accessible restroom in
20        the Courthouse.  Install directional signs at the
21        accessible restrooms directing persons with
22        disabilities to the location of the accessible
23        restroom.
24     4.  <u>Service Counters</u>:  Lower one service counter in the
25        Courthouse.  Install signs directing disabled
26        persons to the lowered service counter to inform the
27        public that all services offered to the general
28        public are available at the lowered window for

PDF created with pdfFactory trial version www.pdffactory.com

1           mobility impaired persons.

2     5. <u>Entrances</u>: Adjust the opening door pressure to the

3           accessible entrance to the Courthouse to no more

4           than 8.5 lbs of pressure to open.

5     6. <u>The Court's Policy</u>:  Train and direct appropriate

6           employees to make all services offered to the

7           general public available to mobility impaired

8           persons at the lowered service counter in the

9           Courthouse.

10     Defendant BUTTE COUNTY further agrees to pay

11 compensatory damages to Plaintiff in the amount of $4,001.00.

12     The parties agree that the Court may retain

13 jurisdiction of the action to enforce these terms, and the

14 claims shall be dismissed with prejudice subject to the

15 Court's continuing enforcement jurisdiction.

16     Pursuant to this settlement, BUTTE COUNTY and TOM

17 FISHER have agreed that Plaintiff is entitled to recover

18 reasonable attorney's fees and costs, if any, as provided by

19 law, and this Court shall retain jurisdiction over that issue.

20 PLAINTIFF waives any claim for damages, attorney's fees and

21 costs against Defendant SUPERIOR COURT OF CALIFORNIA.  By

22 entering into this stipulation, Defendant, SUPERIOR COURT OF

23 CALIFORNIA, does not admit any liability whatsoever, all such

24 liability being denied.

25     PLAINTIFF and BUTTE COUNTY will have sixty (60) days

26 to reach a settlement on reasonable attorney's fees and costs

27 from the date the Court signs the order approving this

28 stipulation.  In the event PLAINTIFF and BUTTE COUNTY are

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1   unable to reach a settlement on attorney's fees within sixty
2   (60) days of approval of this stipulation, Plaintiff may file
3   a motion to recover attorney's fees and costs with this Court
4   no later than sixty (60) days thereafter.  BUTTE COUNTY
5   reserves all rights to oppose such a motion.
6           This Court's fees and costs determination shall be
7   an order appealable directly to the Ninth Circuit Court of
8   Appeals.
9
10  Dated: June 23, 2006            PAUL L. REIN
                                    PATRICIA BARBOSA
11                                  JULIE MCLEAN
12
13                                  /s/ Paul L. Rein_____
                                    Attorneys for Plaintiff
14                                  TOM FISHER
15
16  Dated: June 23, 2006            STEPHEN E. HORAN
                                    NATHAN W. AUSTIN
17
18                                  /s/ Nathan Austin_____
                                    Attorneys for Defendant
19                                  BUTTE COUNTY
                                    (as authorized on 6/23/06)
20
21  Dated:  June 22, 2006           GREENBERG TAURIG, LLP
22
23                                  /s/ Kathleen Finnerty_____
                                    KATHLEEN E. FINNERTY
24                                  MARC B. KOENIGSBERG
                                    Attorneys for Defendant
25                                  SUPERIOR COURT OF CALIFORNIA,
                                    COUNTY OF BUTTE
26                                  (as authorized on 6/22/06)
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

3     Pursuant to stipulation, and for good cause shown, **IT IS
4 SO ORDERED**.  This court shall retain jurisdiction to enforce
5 the settlement terms, and to determine an award of attorney's
6 fees and costs as between Plaintiff and BUTTE COUNTY if said
7 parties are unable to settle this matter in accordance with
8 the terms and schedule set forth above.  Subject to these
9 conditions, the case is **HEREBY DISMISSED**.

11 Dated:  July 19, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

- 5 -

PDF created with pdfFactory trial version www.pdffactory.com