PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff:
TOM FISHER

STEPHEN E. HORAN, Esq. (SBN 125241)
NATHAN W. AUSTIN, Esq. (SBN 219672)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Ave., Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (fax)

Office of County Counsel, County of Butte
Bruce S. Alpert
25 County Center Drive
Oroville, CA 95965-3380
(530) 538-7621
(530) 538-6891 (fax)

Attorneys for Defendant
BUTTE COUNTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FISHER,<br><br>        Plaintiff,<br><br>v.<br><br>BUTTE COUNTY; BUTTE COUNTY COURTHOUSE; SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE; and DOES 1 through 20, Inclusive,<br>Defendants.<br>_____ | CASE NO. 2:05-CV-00598-WBS-KJM<br>    AND  2:05-CV-00600-WBS-KJM<br><br>Civil Rights<br><br>**STIPULATION FOR ONE-DAY EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES, LITIGATION EXPENSES AND COSTS**<br><br>Hearing<br><br>Date:       December 11, 2006<br>Time:       1:30 p.m.<br>Place:      U.S. District Court<br>            501 I St.<br>            Sacramento, CA<br>Judge:      Hon. William B. Shubb<br>            Courtroom 5 |

-1-

1    IT IS STIPULATED by and among Plaintiff, TOM FISHER,

2  and Defendant, BUTTE COUNTY, that at plaintiff's request, and

3  with defendant's agreement, there be a one-day extension to the

4  dates for defendant's opposition and plaintiff's reply on

5  plaintiff's motion for attorney fees, as follows.

6    1.   On October 25, 2006, plaintiff filed his motion for

7  attorney fees, litigation expenses, and costs, pursuant to the

8  Court Order signed on June 27, 2006.

9    2.   Plaintiff set the hearing for the next available

10  hearing date; however, plaintiff miscalculated in choosing

11  this hearing date, not realizing that this would make

12  defendants' opposition brief due immediately after the

13  Thanksgiving holiday, and his own reply brief due the day

14  after his lead counsel Paul Rein, who has sole responsibility

15  for the attorney fee motion, returns from a ten-day out-of-

16  state trip.

17    3.   No previous extensions of time have been requested,

18  and the requested one-day continuance would not prejudice any

19  party.

20    Therefore, the parties agree and stipulate, subject

21  to the approval of this Court, that the deadline for

22  defendant's Opposition to plaintiff's motion will be extended

23  from November 27, 2006, to November 28, 2006, and the deadline

24  for plaintiff's Reply will be extended from December 4, 2006

to December 5, 2006.

25  //

26  //

27  //

28

-2-

Dated: November 21, 2006          PAUL L. REIN
                                  PATRICIA BARBOSA
                                  JULIE MCLEAN


                                  /s/_____
                                  Attorneys for Plaintiff
                                  TOM FISHER


Dated: November 21, 2006          STEPHEN E. HORAN
                                  NATHAN W. AUSTIN


                                  /s/_____
                                  Attorneys for Defendant
                                  BUTTE COUNTY


                              **ORDER**

     Pursuant to stipulation, and for good cause shown, **IT IS
SO ORDERED.**  Defendant's Opposition to plaintiff's motion for
attorney fees shall be due on or before November 28, 2006, and
plaintiff's Reply shall be due on or before December 5, 2006.
The hearing date of December 11, 2006 shall remain unchanged.


Dated:  November 22, 2006


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-