PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832 5001
Attorneys for Plaintiff
TOM FISHER

STEPHEN E. HORAN, Esq. (SBN 125241)
SCOTT H. CAVANAUGH, Esq. (SBN 245261)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Ave., Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (fax)

Office of County Counsel, County of Butte
Bruce S. Alpert, Esq. (SBN 75684)
25 County Center Drive
Oroville, CA 95965-3380
(530) 538-7621
(530) 538-6891 (fax)
Attorneys for Defendant
BUTTE COUNTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM FISHER,<br><br>        Plaintiff,<br><br>v.<br><br>BUTTE COUNTY, and DOES 1 through 20, Inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.  2:05-CV-00598-WBS-KJM<br>CASE NO.  2:05-CV-00600-WBS-JFM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**<br><br><br>Complaints Filed:    March 25, 2005<br>Trial Date:         August 22, 2006 |
| TOM FISHER,<br><br>        Plaintiff,<br><br>v.<br><br>BUTTE COUNTY; BUTTE COUNTY erroneously sued as BUTTE COUNTY COURTHOUSE;  SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE; and DOES 1 through 20, Inclusive,<br><br>        Defendants.<br>_____/ | |

1       IT IS STIPULATED by and between Plaintiff, TOM FISHER, and Defendant, BUTTE

2  COUNTY, that pursuant to Judge Shubb's order dated December 18, 2006, the parties have resolved

3  the claims for attorney fees and costs.  These claims, reserved by plaintiff in the Stipulations for

4  Dismissal, (Case No. 2:05-cv-00598-WBS-KJM order filed June 28, 2006, and  Case No. 2:05-cv-

5  00600-WBS-JFM order filed July 20, 2006) are now dismissed.

6  Dated: January 10, 2007             PAUL L. REIN
                                  PATRICIA BARBOSA

7                                  JULIE MCLEAN

8                              ____/s/_____
                                  Attorneys for Plaintiff

9                                  TOM FISHER

10

11  Dated: January 10, 2007             STEPHEN E. HORAN
                                  SCOTT H. CAVANAUGH

12

13                              ____/s/_____
                                  Attorneys for Defendant

14                                  BUTTE COUNTY

15

16

17                               **ORDER**

18       Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  This Court shall

19  retain jurisdiction to enforce the settlement terms related to injunctive relief, as provided in the earlier

20  Stipulations for Dismissal.  Subject to these conditions, the case is HEREBY DISMISSED.

21  Dated:  January 17, 2007

22                      _William V. Shubb_____

23                      WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Case No. 2:05-CV-00598-WBS-KJM
Case No. 2:05-CV-00600-WBS-JFM             **STIPULATION FOR DISMISSAL**
00476875.WPD        -2-